`UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No. 2:16-cr-22
                                    HON. PAUL L. MALONEY

ADISAEL VARGAS,

        Defendant.
_____/

## ORDER OF DETENTION

    Defendant appeared before the undersigned on February 1, 2017, for an initial appearance and arraignment after arrest on the felony indictment dated November 3, 2016 (ECF #1).

    The government moved for detention supported by pretrial services.

    Defendant was advised of the charges as well as his rights to probable cause hearing and detention hearing, counsel will confer with the Courtroom Deputy to schedule hearing before the end of the week.

    For reasons stated on the record defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

                                            */s/ Timothy P. Greeley*
                                            TIMOTHY P. GREELEY
                                            UNITED STATES MAGISTRATE JUDGE

Dated:  February 2, 2017